IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CAFE PLAZA DE MESILLA INC., *Plaintiff*, v. CONTINENTAL CASUALTY CO., *Defendant*. | Civil Action No. 2:20-cv-00354-CEG-KRS |

**ORDER FOR EXTENSION OF TIME FOR MOTION TO DISMISS**

Pursuant to the parties' stipulation (Doc. 6), it is hereby **ORDERED** that the date by which Defendant must answer or otherwise file and serve a motion asserting defenses to Plaintiff's claims for relief is hereby extended, and the parties will abide by the following schedule:

(i)   Defendant will have forty-five (45) days from service of the Amended Complaint, until June 15, 2020, to file its Motion to Dismiss;

(ii)  Plaintiff will have forty-five (45) days from filing of Defendant's Motion to Dismiss, until July 30, 2020, to file its Response; and

(iii) Defendant will have thirty (30) days from filing of Plaintiff's Response, until August 28, 2020, to file its Reply.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE