# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CAFE PLAZA DE MESILLA INC.,

    Plaintiff,

v.                                                                                                  No. 2:20-cv-354-KWR-KRS

CONTINENTAL CASUALTY CO.,

    Defendant.

## **JUDGMENT**

**THIS MATTER** comes before the Court upon dismissal of all claims in this case. **Doc. 45** Pursuant to the findings and conclusions set forth in that Order the Court dismisses with prejudice all claims and counterclaims in this action.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.**

                                                         **KEA W. RIGGS**
                                                         **UNITED STATES DISTRICT JUDGE**